UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) MAGISTRATE NO: 04m00846MBB |
| | ) |
| EMAD EZZAT | ) |

DEFENDANT'S WAIVER OF PRELIMINARY EXAMINATION

Defendant Emad Ezzat respectfully waives his right to a preliminary examination, see Fed. R. Crim. P. 5(c), now scheduled for June 23, 2004.  He makes this waiver knowingly and voluntarily.  His affidavit is attached to this motion.

EMAD EZZAT
By his attorney,

Charles P. McGinty
    B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue
Boston, MA  02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Charles P. McGinty, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Gregory Moffatt by delivery on June 18, 2004.

Charles P. McGinty

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) MAGISTRATE NO: 04m00846MBB |
| | ) |
| EMAD EZZAT | ) |

### AFFIDAVIT OF EMAD EZZAT

I, Emad Ezzat, being sworn, depose and say as follows:

1. I am the defendant in this matter.

2. I am aware of my right to a preliminary hearing and am aware that such a hearing is scheduled for June 23, 2004.  After consulting with my attorney, I wish to waive that right.

Signed under the pains and penalties of perjury.

_____
Emad Ezzat

June 17, 2004