UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04 mj 00846 MBB |
| | ) | |
| EMAD ALI EZZATT | ) | |
| | ) | |

## MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Emad Ezzat respectfully moves to modify his conditions of release to permit him to travel within the Western and Northern Districts of New York.

As grounds for this motion, defendant states that he is charged with misuse of a Social Security number. He is on release following a hearing held on June 7, 2004 before Judge Charles B. Swartwood. As part of the release conditions, his travel was restricted to the Commonwealth of Massachusetts. Since his release, defendant has been in compliance with his conditions of release.

Defendant seeks permission to extend his travel to the Western and Northern Districts of New York. He has a modest business interest in some distressed properties in northwestern New York and seeks to be able to travel to attend to them.

The government, by Assistant United States Attorney Gregory Moffatt, has no objection to this request.

                                        EMAD ALI EZZATT
                                        By his attorney,

                                        /s/ Charles P. McGinty
                                        Charles P. McGinty
                                          B.B.O. #333480
                                        Federal Defender Office
                                        408 Atlantic Avenue, 3rd Floor
                                        Boston, MA 02110
                                        Tel: 617-223-8061

### CERTIFICATE OF SERVICE

I, Charles P. McGinty, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Gregory Moffatt by delivery on July 9, 2004.

                                        /s/ Charles P. McGinty
                                        Charles P. McGinty