AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

EMAD ALI EZZAT a/k/a MAHMOUD M. ISMIAL

**WARRANT FOR ARREST**

CASE NUMBER: MJ#04-846-MBB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___EMAD ALI EZZAT a/k/a MAHMOUD M. ISMIAL___
Name

and bring him ~~or her~~ forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him ~~or her~~ with (brief description of offense)
fraudulent use of a Social Security account number

in violation of Title __42__ United States Code, Section(s) __408(a)(7)(A)__

MARIANNE B. BOWLER
Name of Issuing Officer

CHIEF UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Marianne B. Bowler, USMJ
Signature of Issuing Officer

April 30, 2004, BOSTON, MASSACHUSETTS
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | WARRANT EXECUTED BY ARREST OF THE DEFENDANT ON | |

This form was electronically produced by Elite Federal Forms, Inc.