UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 04 mj 00846 MBB |
| | ) |
| EMAD ALI EZZAT | ) |
| | ) |

### DEFENDANT'S MOTION TO IMPOUND

The defendant moves to impound the attached filing.

EMAD ALI EZZAT
By his attorney,

*Charles P McGinty*
Charles P. McGinty
B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Tel: 617-223-8061

### CERTIFICATE OF SERVICE

I, Charles P. McGinty, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Gregory Moffatt by delivery on October 28, 2004.

*Charles P McGinty*
Charles P. McGinty

*[Handwritten margin notes: "October 29, 2004 allowed." and "Marianne B. Bowler, USMJ"]*