UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                   )   Criminal No. 04-MJ-00846-MBB<br>)<br>EMAD ALI EZZAT                )<br>) | |

### NOTICE OF APPEARANCE

Kindly enter the appearance of Paul V. Kelly and the law firm of Kelly, Libby & Hoopes, P.C., on behalf of the defendant in the above-captioned criminal matter.

/s/ Paul V. Kelly
Paul V. Kelly (BBO No. 267010)
KELLY, LIBBY & HOOPES, P.C.
175 Federal Street
Boston, MA 02110
(617) 338-9300

Dated: December 23, 2004

### CERTIFICATE OF SERVICE

I, Paul V. Kelly, hereby certify that a true copy of the above document was served electronically on all counsel of record on the above date.

/s/ Paul V. Kelly
Paul V. Kelly