UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>     v. )<br>)<br>EMAD ALI EZZAT )<br>) | CRIMINAL NO. 04 mj 00846 MBB |

MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel moves to withdraw as counsel in the above-captioned case. As ground therefor, defendant has retained Paul V. Kelly, Esq. to represent him.

/s/ Charles P. McGinty

Charles P. McGinty
  B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

December 27, 2004