UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) ) | Criminal No. 04 mj 00846 MBB |
| EMAD EZZAT | ) ) ) | |

**DEFENDANT'S ASSENTED TO MOTION TO**
**<u>FURTHER MODIFY RELEASE CONDITIONS</u>**

Defendant Emad Ezzat, by and through his attorney, hereby moves the Court to further modify the release conditions outlined in the "Order Setting Conditions of Release" dated June 7, 2004 to permit him to travel outside of the United States from December 24, 2005 to January 31, 2006. The United States has no objection to this motion.

WHEREFORE, the Defendant respectfully requests that this motion be allowed.

By his attorney,

/s/ Paul V. Kelly
Paul V. Kelly
KELLY, LIBBY & HOOPES, P.C.
175 Federal Street
Boston, MA. 02110
(617) 338-9300

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I conferred with the United States on December 23, 2005, in a good-faith attempt to resolve or narrow the issues of this motion and report that the United States assents to this motion.

/s/ Paul V. Kelly
Paul V. Kelly