UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
UNITED STATES OF AMERICA            )
                                   )
v.                                  )   Criminal No.  04-MJ-0846-MBB
                                   )
EMAD EZZAT                          )
_____)

### NOTICE OF DISMISSAL OF COMPLAINT

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney, Michael J. Sullivan, hereby dismisses the Complaint filed on April 30, 2004, charging Emad Ezzat with fraudulent use of a social security number not assigned to him, in violation of 42 U.S.C. § 408(a)(7)(B).  In support of this dismissal, the government states that the dismissal is in the interests of justice.

                                        Respectfully submitted,

                                   By:  /s Michael K. Loucks
                                        MICHAEL K. LOUCKS
                                        Acting United States Attorney
                                        (617)748-3100

LEAVE GRANTED:

_____
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE

DATE:    March __, 2006